| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN | |
| Case number *(if known)* | Chapter you are filing under:<br>☐ Chapter 7<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13        ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | Cadillac Nursing Home, Inc. | |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA  St. Francis Nursing Center | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 38-1673542 | |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>1533 Cadillac Blvd.<br>Detroit, MI 48214<br>Number, Street, City, State & ZIP Code<br><br>Wayne<br>County | **Mailing address, if different from principal place of business**<br><br>721 Elmwood<br>Troy, MI 48083<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: | |

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

_____

| 8. | Under which chapter of the Bankruptcy Code is the Debtor filing? | *Check one:* |
|---|---|---|

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ☐ No. |
|---|---|---|
| | | ■ Yes. |

If more than 2 cases, attach a separate list.

| | District | Eastern District of Michigan-Detroit | When | 2/22/12 | Case number | 12-43957 |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☐ No |
|---|---|---|
| | | ■ Yes. |

List all cases. If more than 1, attach a separate list

| | Debtor | Shanta Corporation | | | Relationship to you | Affiliated Corporation |
|---|---|---|---|---|---|---|
| | District | Eastern District of Michigan-Detroit | When | 3/25/15 | Case number, if known | 15-44578 |

| | | | |
|---|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:* | |
| | | ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000<br>☐ 50-99      ☐ 5001-10,000      ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000      ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000      ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |

## Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  February 8, 2016
MM / DD / YYYY

**X** /s/ Bradley Mali
Signature of authorized representative of debtor

Bradley Mali
Printed name

Title  President

**18. Signature of attorney**

**X** /s/ Michael E. Baum
Signature of attorney for debtor

Date February 8, 2016
MM / DD / YYYY

Michael E. Baum
Printed name

Schafer and Weiner, PLLC
Firm name

40950 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
Number, Street, City, State & ZIP Code

Contact phone (248) 540-3340     Email address  mbaum@schaferandweiner.com

(P29446)
Bar number and State

Fill in this information to identify the case:

Debtor name: Cadillac Nursing Home, Inc.

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Allmed Medical<br>6321 Commerce Dr.<br>Westland, MI 48185 | Fax: 888-810-4410<br><br>800-434-2909 | Trade Debt | | | | $4,502.84 |
| City of Detroit Board of Water Commissioners<br>735 Randolph St.<br>Detroit, MI 48226 | City of Detroit<br><br>313-267-8000 | Utility | | | | $4,106.21 |
| DTE Energy<br>One Energy Plaza<br>Detroit, MI 48226-1279 | <br>313-235-4000 | Utility | | | | $32,966.91 |
| First Choice Medical Supply<br>127 Interstate Dr.<br>Richland, MS 39218 | Fax: 800-921-2334<br><br>800-809-4556 | Trade Debt | | | | $41,422.75 |
| Heritage Pharmacy<br>21674 Melrose Blvd.<br>Southfield, MI 48075 | Fax: 248-416-1316<br><br>248-416-1310 | Trade Debt | | | | $54,361.70 |
| Inposition Transportation<br>c/o Gerel T. Buttram, Reg. Agnt.<br>19483 Hartwell<br>Detroit, MI 48235 | Gerel T. Buttram, RA<br><br>313-728-6205 | Trade Debt | | | | $10,637.08 |
| John Kozak Bread (JAK Bread)<br>1523 Lexington<br>Troy, MI 48084 | John Kozak<br><br>248-703-3207 | Trade Debt | | | | $6,950.58 |
| Kline Medical Supply<br>42150 Mound Rd<br>Sterling Heights, MI 48314 | service@klinemedicalsupply.com<br><br>800-223-8033 | Trade Debt | | | | $10,373.75 |

| Debtor | Cadillac Nursing Home, Inc. | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lincare, Inc. (Pontiac) 2800 SW US Hwy. 41 Blue Springs, MO 64015-4539 | 877-545-6483 | Trade debt | | | | $5,608.16 |
| Lyons Transport, Inc. 22120 Ridgedale Oak Park, MI 48237 | Willie Lyons 248-559-5591 | Trade debt | | | | $3,060.00 |
| Rehab Solutions, Inc. Attn: Donald Tesner 536 Old Howell Rd. Greenville, SC 29615 | Fax: 704-841-2402 704-841-2115 | Trade Debt | Disputed | | | $142,252.00 |
| Rehabilitation Masters/ Caleb Simon 925 E. Maple Rd., Ste. 100 Birmingham, MI 48009 | Caleb Simon 248-787-0241 | Trade debt | | | | $146,452.00 |
| Ricoh Americas Corp. 5 Dedrick Place Caldwell, NJ 07006 | FAX: 973-882-2506 973-882-2000 800-807-1012x2566 | Trade debt | | | | $6,295.79 |
| Stericycle, Inc. 28161 N. Keith Dr. Lake Forest, IL 60045 | FAX: 847-367-9493 847-367-5910 800-457-9167 | Trade debt | | | | $3,657.90 |
| Therapy Management, Inc. 7201 West Side Saginaw Road Unit 5 Bay City, MI 48706-8327 | Fax: 989-686-3391 989-686-3390 | Trade Debt | | | | $14,034.00 |
| Toledo Elevator & Machine Company 1402 Jackson Street Toledo, OH 43604 | info@toledo-elevator.com 419-241-6422 | Trade debt | | | | $6,963.22 |
| Total Health Care USA 3011 W. Grand Blvd. Suite 1600 Detroit, MI 48202 | thc@thcmi.com 313-871-2000 | Trade debt | | | | $43,415.75 |
| Tri-State Surgical West Corp. 409 Hoyt Brooklyn, NY 11231 | Jonah or cs@tristatesurgical.com 847-967-1818 | Trade debt | Disputed | | | $74,889.87 |

| Debtor | Cadillac Nursing Home, Inc. | | | Case number (if known) | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| VPA Diagnostics TC 500 Kirts Blvd., Ste. 200 Troy, MI 48084 | FAX: 248-686-0772 248-967-1818 | Trade debt | | | | $3,854.87 |
| VPH Pharmacy 5376 Miller Rd. Swartz Creek, MI 48473 | Fax: 810-733-1820 810-877-7170 | Trade debt | Disputed | | | $5,000.00 |

# United States Bankruptcy Court
## Eastern District of Michigan

In re: Cadillac Nursing Home, Inc.
Debtor(s)

Case No.
Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Fusion Holdings, LLC<br>721 Elmwood<br>Troy, MI 48083 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: February 8, 2016

Signature: /s/ Bradley Mali
Bradley Mali

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Michigan

In re: Cadillac Nursing Home, Inc.
Debtor(s)

Case No.
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: February 8, 2016

/s/ Bradley Mali
Bradley Mali/President
Signer/Title

```
A&A Complete Solutions
30436 Embassy
Franklin, MI 48025


Ability Network, Inc.
Dept. CH 16577
Palatine, IL 60055-6577


Accident Fund
P.O. Box 77000, Dept. 77125
Detroit, MI 48277-0125


Allmed Medical
6321 Commerce Dr.
Westland, MI 48185


Allscripts, LLC
24630 Network Place
Chicago, IL 60673-1246


American Arbitration Association
American Ctr. Bldg
27777 Franklin Rd, Ste. 1150
Southfield, MI 48034-8208


AT&T
P O Box 5080
Carol Stream, IL 60197-5080


AT&T Business Services
P O Box 5019
Carol Stream, IL 60197-5019


Chiman Patel
c/o Jerome D. Frank, Esq.
30833 Northwestern Hwy., Ste. 205
Farmington, MI 48334


City of Detroit
Board of Water Commissioners
735 Randolph St.
Detroit, MI 48226
```

City of Detroit
Board of Water Commissioners
PO Box 32711
Detroit, MI 48232-0711


City of Detroit Fin Dept/Treasury Div
Coleman A Young Mun Ctr
2 Woodward Ave., Rm 120
Detroit, MI 48226


Comcast
PO Box 3005
Southeastern, PA 19398-3005


DMC University Laboratories
Patient Accounting
Dept. 4674
Carol Stream, IL 60122-4674


DMC University Laboratories
4201 St. Antoine
Detroit, MI 48201


DTE Energy
One Energy Plaza
Detroit, MI 48226-1279


DTE Energy
P.O. Box 740786
Cincinnati, OH 45274-0786


Ecolab
370 N. Wabasha St.
Saint Paul, MN 55102-3098


Ecolab
P.O. Box 70343
Chicago, IL 60673-0343


Ecolab Food Safety Specialties
24198 Network Place
Chicago, IL 60673-1241

Elite Medical Equipment
29103 Harper Ave.
Saint Clair Shores, MI 48081


First Choice Medical Supply
127 Interstate Dr.
Richland, MS 39218


Gordon Food Services
Attn: Matt Dejonge
1300 Gezon Parkway SW
Wyoming, MI 49509


Green Mountain Finance Fund, LLC
c/o Topwater Investment Management
Attn: Tim O'Shea
55 N. Water Street, Ste. 3
Norwalk, CT 06854


Heritage Pharmacy
21674 Melrose Blvd.
Southfield, MI 48075


HP Products
P.O. Box 68310
Indianapolis, IN 46268


HPS
3275 N. M-37 Highway
P.O. Box 247
Middleville, MI 49333-0247


Inposition Transportation
c/o Gerel T. Buttram, Reg. Agnt.
19483 Hartwell
Detroit, MI 48235


Inposition Transportation
PO Box 21486
Detroit, MI 48221


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
c/o United States Attorney
for the Eastern District of Michigan
211 West Fort Street, Ste 2001
Detroit, MI 48226


John Kozak Bread
P.O. Box 436
Clawson, MI 48017-0436


John Kozak Bread (JAK Bread)
1523 Lexington
Troy, MI 48084


Kline Medical Supply
42150 Mound Rd
Sterling Heights, MI 48314


Lincare Holdings, Inc.
19387 US 19 North
Clearwater, FL 33764


Lincare, Inc. (Pontiac)
2800 SW US Hwy. 41
Blue Springs, MO 64015-4539


Lincare, Inc. - Pontiac
Health Care Solutions
P.O. Box 2368
Sharon, PA 16146-6368


Lyons Transport, Inc.
22120 Ridgedale
Oak Park, MI 48237


Mission Point Mgmt. Services
721 Elmwood
Troy, MI 48084


Rajesh Patel
c/o Jerome D. Frank, Esq.
30833 Northwestern Hwy., Ste. 205
Farmington, MI 48334

Raymond J. Wojtowicz
Wayne County Treasurer
International Center
400 Monroe, 5th Floor
Detroit, MI 48226


Rehab Solutions, Inc.
Attn: Donald Tesner
536 Old Howell Rd.
Greenville, SC 29615


Rehabilitation Masters/
Caleb Simon
925 E. Maple Rd., Ste. 100
Birmingham, MI 48009


Ricoh Americas Corp.
5 Dedrick Place
Caldwell, NJ 07006


Ricoh USA, Inc.
P.O. Box 802815
Chicago, IL 60680-2815


Slavik Enterprises, LLC
32500 Telegraph Rd., Ste. 222
Bingham Farms, MI 48025


Sleep Solutions, Inc.
1280 E Big Beaver  Ste B
Troy, MI 48083


State of Michigan
Dept of Comm Health
Cashiers Office
P O Box 30437
Lansing, MI 48909


State of Michigan
Dept of Treasury, Dept. 77437
P.O. Box 77000
Detroit, MI 48277-0437


Stericycle, Inc.
28161 N. Keith Dr.
Lake Forest, IL 60045

Stericycle, Inc.
P O Box 6575
Carol Stream, IL 60197


Therapy Management, Inc.
7201 West Side Saginaw Road
Unit 5
Bay City, MI 48706-8327


Toledo Elevator & Machine Company
1402 Jackson Street
Toledo, OH 43604


Total Health Care USA
3011 W. Grand Blvd.
Suite 1600
Detroit, MI 48202


Treasurer, City of Detroit Income Tax
Dept. 131901
P.O. Box 67000
Detroit, MI 48267-1319


Tri-State Surgical West Corp.
409 Hoyt
Brooklyn, NY 11231


UIA Tax Office
Collections Unit, Suite 12-650
ATTN: George
3024 W. Grand Blvd.
Detroit, MI 48202-0008


VPA Diagnostics TC
500 Kirts Blvd., Ste. 200
Troy, MI 48084


VPA Diagnostics TC
P O Box 1239
Troy, MI 48084


VPA/Visiting Physicians Association
2205 Jolly Rd., Ste. B
Okemos, MI 48864

VPH Pharmacy
5376 Miller Rd.
Swartz Creek, MI 48473

VPH Pharmacy
P.O. Box 320951
Flint, MI 48532