UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 16-41554-tjt

**Cadillac Nursing Home, Inc.**  Chapter 11

    Debtor.  Hon. Thomas J. Tucker

_____/

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

    Pursuant to § 1102(a) and (b) of the Bankruptcy Code, the following creditors of the above-named debtor, being among those holding the largest unsecured claims (or who are members of a committee organized by creditors prior to the order for relief under chapter 11 of the Bankruptcy Code who were fairly chosen and are representative of the different kinds of claims to be represented) and who are willing to serve, are appointed to the Committee of Unsecured Creditors:

Jonah Geisler  
Tristate Surgical Supply & Equipment  
409 Hoyt St.  
Brooklyn, New York 11231  
Phone: 908-692-9402  
Fax: 718-624-0666  
Email: JONAH@Tristatesurgical.com

Chiman Patel  
Rehab Solutions, Inc.  
Greenville, SC 29615  
Phone: 864-244-3626  
Fax: 877-508-8714  
Email: kcbpatel@gmail.com

**DANIEL M. McDERMOTT**  
**UNITED STATES TRUSTEE**  
Region 9

By    /s/ Leslie K. Berg  
Leslie.K.Berg@usdoj.gov  
Trial Attorney  
Office of the U.S. Trustee  
211 West Fort St - Suite 700  
Detroit, Michigan 48226  
313-226-7954

Dated: May 25, 2016