UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 16-41554-tjt

**Cadillac Nursing Home, Inc.**                     Chapter 11

    Debtor.                                   Hon. Thomas J. Tucker

_____/

## CORRECTED APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

    Pursuant to § 1102(a) and (b) of the Bankruptcy Code, the following creditors of the above-named debtor, being among those holding the largest unsecured claims (or who are members of a committee organized by creditors prior to the order for relief under chapter 11 of the Bankruptcy Code who were fairly chosen and are representative of the different kinds of claims to be represented) and who are willing to serve, are appointed to the Committee of Unsecured Creditors:

Jonah Geisler  
Tristate Surgical Supply & Equipment  
409 Hoyt St.  
Brooklyn, New York 11231  
Phone: 908-692-9402  
Fax: 718-624-0666  
Email: JONAH@Tristatesurgical.com  

Chiman Patel  
27950 Orchard Lake Road  
Suite 112  
Farmington Hills, Michigan 48334  
Phone: 248-910-5843  
Email: kcbpatel@gmail.com  

                            **DANIEL M. McDERMOTT**  
                            **UNITED STATES TRUSTEE**  
                            Region 9

                By    /s/ Leslie K. Berg  
                       Leslie.K.Berg@usdoj.gov  
                       Trial Attorney  
                       Office of the U.S. Trustee  
                       211 West Fort St - Suite 700  
                       Detroit, Michigan 48226  
                       313-226-7954

Dated: May 26, 2016

    *CORRECTED to provide contact information for Chiman Patel and to delete the information previously but erroneously included as to Rehab Solutions.